UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TELAMON CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:15-cv-01446-RLY-DML |
| | ) | |
| CHARTER OAK FIRE INSURANCE | ) | |
| COMPANY and ST. PAUL FIRE AND | ) | |
| MARINE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

Today, the court granted Defendants' Motion to Dismiss Pursuant to Rule

12(b)(6). The court hereby enters final judgment in favor of the Defendants and against

the Plaintiff.

**SO ORDERED** this 5th day of January 2016.

_____
RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.